Gary G. Colbath
First Assistant Public Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
188 W. Northern Lights Blvd., Suite 700
Anchorage, Alaska 99503
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: gary_colbath@fd.org

*Counsel for Defendant Heidi Goodermote*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>HEIDI GOODERMOTE,<br><br>        Defendant. | Case No. 4:24-CR-00011-SLG-SAO<br><br>**NOTICE OF APPEARANCE FOR DEFENDANT** |

      The CJA department has notified the Federal Defender that an Indictment has been filed in this matter. Pursuant Sections 5.01(a) and 5.02(a) of the district's *Plan for Implementing the Criminal Justice Act of 1964*, undersigned counsel hereby notifies the Court and parties of his appearance in anticipation of the appointment of counsel for the Defendant in this matter, and to assist in arranging a pretrial services interview prior to arraignment if necessary. All future correspondence and filings in this matter should be addressed to the undersigned at the above-listed address.

      Undersigned counsel's appearance is appropriate because an Indictment has been filed in this matter. Undersigned will notify the Court at the expected initial hearing whether Defendant is financially able to secure representation.

DATED July 19, 2024.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

*/s/ Gary G. Colbath*
Gary G. Colbath
First Assistant Public Defender

<u>Certificate of Service</u>:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on July 19, 2024. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.
*/s/ Gary G. Colbath*